Case 3:20-cv-00392-RGJ  Document 1  Filed 06/03/20  Page 1 of 7 PageID #: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

VANESSA L. ARMSTRONG

JUN -3 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Lynell Willis Jr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:20-CV-392-RGJ
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

-against-

Southern Association of the Schools and Colleges, Pamela Carvey

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lynell Willis Jr.
   Street Address: 583 Tami Court
   City and County: Elizabethtown,
   State and Zip Code: Kentucky - 42701
   Telephone Number: (346) 606-0390
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Southern Ass. of the Schools : Colleges
   Job or Title (if known):
   Street Address: 1866 Southern Lane
   City and County: Decatur - DeKalb
   State and Zip Code: Georgia - 30033
   Telephone Number: (404) 679-4500
   E-mail Address (if known):

   Defendant No. 2
   Name: Pamela Cavey
   Job or Title (if known):
   Street Address: 1866 Southern Lane
   City and County: Decatur - DeKalb

2

        State and Zip Code  Georgia - 30033

        Telephone Number  (404) 679-4500

        E-mail Address
        (if known)

Defendant No. 3

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* **Lynell Willis Jr.**, is a citizen of the State of *(name)* **Kentucky**.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* **Pamela Carucy**, is a citizen of the State of *(name)* **Georgia**. Or is a citizen of *(foreign nation)* _____.

4

      b.      If the defendant is a corporation

The defendant, *(name)* Southern Ass. of the Schools & Colleges is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Messed up my distinct of vision & nervous system, Acceleration of education is inotation (slow) Computerized (scantron) test system has failed Is blocked off from seeing school peers.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 1988 two workers (female) of the Radcliff, Ky. courthouse removed some writings from my Louisiana home. As I had written the Southern Ass. o the Schools & Colleges upon reviewing I saw the signature of Pamela Carvey one written by guardian K. Willis

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the courts to polygraph and investagate Ms. Carvey, president, boardsmembers of the S.A.O.T.S.C on where they recieved the signture, who input & generated the computerized signature, ask Ms. Willis if she rmebers writing, review Ms. Carvey. I ask for 100 million dollars in damages tax brackett mused up, schools projector mused up, is not passing.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 26th, 2020

Signature of Plaintiff: Lynell Willis

Printed Name of Plaintiff: Lynell Willis Jr.

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney     _____
Printed Name of Attorney    _____
Bar Number     _____
Name of Law Firm     _____
Address     _____
Telephone Number     _____
E-mail Address     _____