**From:** Lynell Lowell Willis Jr.
503 Tami Court
Elizabethtown, Ky 42701

**To:** Gene Snyder Courthouse c/o Judge Joesphe McKinley
601 West Broadway Rm #202
Louisville, Ky 40202

UPS Shipping Label:
LYNELL WILLIS
(346) 606-0390
THE UPS STORE #5401
1811 N DIXIE AVE STE 104
ELIZABETHTOWN KY 42701

SHIP C/O JUDGE JOESPHE
TO: GENE SNYDER COURT
RM 202
601 W BROADWAY
LOUISVILLE KY

UPS GROUND
TRACKING #: 1Z V91 1V6 03
BILLING: P/P




JUN -3 2020
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

To Document Mailer